# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# GREENSBORO

In Re:

REAVES, SHEILA ANN

Case No. 11-11412

Debtor(s).

TRUSTEE'S SECOND SUPPLEMENTAL REPORT

TO: The Honorable William L. Stocks, Bankruptcy Judge:

I, Charles M. Ivey, III, Trustee of the estate of the above-named debtor, do hereby submit a detailed accounting of all receipts and disbursements since the filing of the Second Schedule of Distribution on October 31, 2013. The balance on hand is as follows:

BALANCE ON HAND: $313.45

**RECEIPTS:**

| Date | Account No. | Check | Payee/Purpose/Description | Amount |
|---|---|---|---|---|
| / / | | | | 0.00 |

Total Receipts: $0.00

BALANCE ON HAND: $313.45

**DISBURSEMENTS:**

| Date | Account No. | Check | Payee/Purpose/Description | Amount |
|---|---|---|---|---|
| 11/01/13 | 5002893366 | 10110 | FIA Card Services, N.A. as successor to<br>Final Distribution of 2.60% of Remaining Unsecured Claim | 82.00 |
| 11/01/13 | 5002893366 | 10111 | FIA Card Services, N.A. as successor to<br>Final Distribution of 2.6% of Remaining Unsecured Claim | 81.12 |
| 11/01/13 | 5002893366 | 10112 | PYOD LLC its successors and assigns<br>Final Distribution of 2.60% of Remaining Unsecured Claim | 131.26 |
| 11/01/13 | 5002893366 | 10113 | Capital One, N.A.<br>Final Distribution of 2.60% of Remaining Unsecured Claim | 10.66 |

| | | | | |
|---|---|---|---|---|
| 11/01/13 | 5002893366 | 10114 | American Express Centurion Bank Final Distribution of 2.60% of Remaining Unsecured Claim | 8.41 |

                Total Disbursements:                $ 313.45

                BALANCE ON HAND:                $0.00

November 1, 2013                          */s/ Charles M. Ivey, III*
Date                                            Charles M. Ivey, III, Trustee
                                                         N.C. State Bar No. 8333
                                                         100 S. Elm St., Suite 500
                                                         P. O. Box 3324
                                                         Greensboro, NC  27402
                                                         Telephone: 336-274-4658